UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GF INDUSTRIES OF MISSOURI, LLC,  Plaintiff, | : : : |
| v. | : No.   5:22-cv-0227 |
| LEHIGH VALLEY GENOMICS, LLC,  Defendant. | : : : |

**O R D E R**

**AND NOW**, this 2nd day of November, 2022, upon consideration of the Motion for Partial Summary Judgment filed by Plaintiff GF Industries of Missouri, LLC ("GFIM"), ECF No. 26, the response filed by Defendant Lehigh Valley Genomics, LLC ("LVG"), ECF No. 28, GFIM's reply in support, ECF No. 32, the Motion for Summary Judgment filed by LVG, ECF No. 27, GFIM's response thereto, ECF No. 29, LVG's reply in support, ECF No. 33, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. GFIM's Motion for Partial Summary Judgment, ECF No. 26, is **DENIED**.

2. LVG's Motion for Summary Judgment, ECF No. 27, is **GRANTED in part and DENIED in part**.

    a. Judgment is **ENTERED** in LVG's favor and against GFIM on Count 2 of the Complaint for unjust enrichment.

    b. GFIM's remaining claims against LVG may proceed to trial.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge