IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GF INDUSTRIES OF MISSOURI, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-227 |
| | : | |
| LEHIGH VALLEY GENOMICS, LLC | : | |

# ORDER

**AND NOW**, this 6th day of April 2023, upon considering plaintiff's unopposed motion (DI 59) to amend our March 24, 2023 order (DI 57), and finding good cause, it is **ORDERED** plaintiff's unopposed motion (DI 59) is **GRANTED** and we **amend** our March 24, 2023 order (DI 57) only:

1. The parties shall meet and confer to agree on a complete list of admitted exhibits; correct any misidentified exhibit number stamps; and redact any personal identifiable information or health information. No later than **May 12, 2023**, the parties shall electronically transmit to chambers (murphy_chambers@paed.uscourts.gov) a complete set of exhibits and an exhibit list. The parties may use any convenient file transfer service to do so.

2. Plaintiff shall file proposed findings of fact and conclusions of law no later than **May 12, 2023**. The combined submission is limited to 50 pages or 17,500 words.

3. Defendant shall file a responsive proposed findings of fact and conclusions of law no later than **June 16, 2023**. The combined submission is limited to 50 pages or 17,500 words.

4. Plaintiff may file a reply no later than **June 30, 2023**. The submission is limited to 25 pages or 8,750 words.

5. Defendant may file a motion for leave to file surreply addressing only any new arguments raised in the reply brief no later than **July 14, 2023**; and,

6.  In every instance, counsel shall include pin cites and exact citations to the record.

*/s/ John F. Murphy*
MURPHY, J.