IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GF INDUSTRIES OF MISSOURI, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-227 |
| | : | |
| LEHIGH VALLEY GENOMICS, LLC | : | |

## FINAL JUDGMENT

**AND NOW**, this 30th day of April 2024, pursuant to Federal Rules of Civil Procedure 52(a)(1), 54(a), 58(a), after trial by judge sitting without a jury, and in accordance with the findings of fact and conclusions of law set forth in the attached Memorandum, it is **ORDERED** that judgment is entered in favor of plaintiff GF Industries of Missouri, LLC on Count I of their complaint (DI 1 at 5) in the amount of $378,750.

It is further **ORDERED** that judgment is entered against plaintiff GF Industries of Missouri, LLC on Count III of their complaint (DI 1 at 6-7).

This is **FINAL JUDGMENT**.[1]

MURPHY, J.

---

[1] Defendant's motion under Rule 52(c), made during trial, is denied as moot.